DOROTHEA (SNOW) LECUYER, an Infant, by JOHN G. SNOW, Her Guardian

ad Litem, Respondent, v. OTTO WITZKE, JR., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.; Bliss, J., not sitting.